UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Greenbelt Division)

In re:                                              :
                                                    :
JANELLE A. SPALDING,                                :   Case No. 15-2-6042-LSS
                                                    :   Chapter 13
                  Debtor(s).                :
                                                    :

### NOTICE OF DEPOSIT INTO COURT REGISTRY

      Timothy P. Branigan, Chapter 13 trustee in the above-captioned case, pursuant to section 347(a) of the Bankruptcy Code, submits the sum of $5,132.40 to the Court registry representing the following unclaimed funds:

| AMOUNT | PAYEE<br>Account No.<br>Court Claim Number | LAST KNOWN ADDRESS |
|---|---|---|
| $5,132.40 | Janelle A. Spalding<br>4097<br>N/A | 13004 Cadwalladers Vision<br>Bowie, MD  20720 |

                                                  Respectfully submitted,

December 19, 2016                        /s/ Timothy P. Branigan
                                                  Timothy P. Branigan (Fed. Bar No. 06295)
                                                  Chapter 13 Trustee
                                                  14502 Greenview Drive, #506
                                                  Laurel, Maryland  20708